Jennifer KOLBUSZ, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 69854.

Missouri Court of Appeals, Western District.

March 3, 2009.

---

Jennifer Kolbusz, Kansas City, pro se.

Shelly A. Kintzel, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, C.J., and HAROLD L. LOWENSTEIN, J.

### ORDER

PER CURIAM:

Jennifer Kolbusz appeals a Labor and Industrial Relations Commission order affirming and adopting a decision of the Appeals Tribunal of the Division of Employment Security, which dismissed her claim for unemployment benefits. We affirm. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 84.16(b).